| | |
|---|---|
| 1 | LARA R. SHAPIRO (State Bar No. 227194) |
| 2 | 4145 Via Marina # 324 |
|   | Marina del Rey, CA 90292 |
| 3 | Telephone: (310) 577-0870 |
|   | Facsimile: (424) 228-5351 |
| 4 | *Of Counsel to* |
| 5 | Lemberg & Associates LLC |
|   | A Connecticut Law Firm |
| 6 | 1100 Summer Street |
|   | Stamford, CT  06905 |
| 7 | Telephone: (203) 653-2250 |
|   | Facsimile: (203) 653-3424 |
| 8 | Attorneys for Plaintiff, |
|   | Clifford Carter |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| | |
|---|---|
| Clifford Carter, | Case No.: 1:09-cv-01288-OWW-DLB |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| First Revenue Assurance, LLC; and DOES 1-10, inclusive, | |
| Defendants. | |

Case 1:09-cv-01288-OWW-DLB   Document 8   Filed 11/01/09   Page 2 of 2

| | |
|---|---|
| 1 | NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The plaintiff anticipates filing a dismissal of this case with prejudice within 20 days pursuant to Local Rule 16-160. |

DATED:  October 30, 2009                       LARA SHAPIRO


                                         By:   /s/  Lara R. Shapiro
                                                    Lara R. Shapiro

                                         Attorney for Plaintiff
                                         Clifford Carter

1
1:09-cv-01288-OWW-DLB                                NOTICE OF SETTLEMENT