1  LARA R. SHAPIRO (State Bar No. 227194)
   4145 Via Marina # 324
2  Marina del Rey, CA 90292
   Telephone:  (310) 577-0870
3  Facsimile:  (424) 228-5351

4  *Of Counsel to*
   Lemberg & Associates LLC
5  A Connecticut Law Firm
   1100 Summer Street
6  Stamford, CT  06905
   Telephone:  (203) 653-2250
7  Facsimile:  (203) 653-3424

8  Attorneys for Plaintiff,
   Clifford Carter

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BAKERSFIELD DIVISION

| Clifford Carter,                                         | Case No.: 1:09-cv-01288-OWW-DLB |
|----------------------------------------------------------|---------------------------------|
| Plaintiff,                                               | **VOLUNTARY WITHDRAWAL**        |
| vs.                                                      |                                 |
| First Revenue Assurance, LLC; and DOES 1-10, inclusive,  |                                 |
| Defendants.                                              |                                 |

1:09-cv-01288-OWW-DLB                                     VOLUNTARY WITHDRAWAL

PDF created with pdfFactory trial version www.pdffactory.com

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)**

Plaintiff, Clifford Carter, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Plaintiff
 */s/ Lara Shapiro*
_____

LARA SHAPIRO
Attorney for Plaintiff

IT IS SO ORDERED:

Dated: November 23, 2009                /s/ OLIVER W. WANGER

                                        United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com